## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WALTER MITCHELL,

       Plaintiff,

vs.                               No. CIV 05-1155 JB/LAM

DENNIS O'BRIEN,

       Defendant.

### FINAL JUDGMENT

**THIS MATTER** came before the Court, on December 10, 2007 for a jury trial on damages.

The jury found for Plaintiff Walter Mitchell and against Defendant Dennis O'Brien on the Plaintiff's

claims for excessive and unnecessary use of force in violation of the Fourth Amendment. The jury

awarded the Plaintiff $2,500,000.00 in compensatory damages and $500,000.00 in punitive

damages. This final judgment adjudicates all existing claims and liabilities between Mitchell and

O'Brien. The parties are permitted to apply for fees and costs pursuant to applicable law and rules.

**IT IS HEREBY ORDERED** that final judgment in the amount of $3,000,000.00 is entered

for Plaintiff Walter Mitchell against Defendant Dennis O'Brien on all the claims Plaintiff brought

against him. This case is dismiss with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Dennis W. Montoya
Montoya Law, Inc.
Rio Rancho, New Mexico

      *Attorney for the Plaintiff*