IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WALTER MITCHELL,**

    **Plaintiff,**

v.                                         No. CIV 05-01155 JB/LAM

**THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SANTA FE,** *et al.,*

    **Defendants.**

## NOTICE OF LIS PENDENS

Notice is hereby given of the pendency of the above-entitled suit in the referenced Court which affects or may affect the title to real estate.

1. Names of parties to suit are as shown in the caption above.

2. Object of action: recovery of damages as a result of civil rights violations, personal injury, and other torts/wrongs done to Plaintiff.

3. Description of the Real Estate affected and concerned:

    a. Legal Description:

    Lot numbered Eight (8), in Block numbered two (2) of Vista Prime located within the County of Santa Fe, State of New Mexico.

    b. Street Address:

    4217 Coyote Lane, Santa Fe, New Mexico. (If there is a conflict between the legal description and the street address, the legal description shall control).

Plaintiff holds a judgment against Dennis Lee O'Brien, Jr., in the amount of three million dollars ($3,000,000.00). Plaintiff claims an interest in the above described real estate. This Lis Pendens shall serve as notice to any and all persons that any subsequently recorded conveyance or interest in said real estate shall be considered a subsequent purchase or encumbrance and shall

be bound by the proceedings taken after the recording of this notice the same as if said person were a party to this action.

Respectfully Submitted,<br>
**MONTOYA LAW, INC.**

By: _/s/ Dennis W. Montoya_
Dennis W. Montoya
P.O. Box 15235
Rio Rancho, NM 87174-0235

(505) 246-8499
(505) 246-8599 (Facsimile)

STATE OF NEW MEXICO      )
                         ) ss.
COUNTY OF BERNALILLO     )

Signed and sworn before me on Friday, July 24, 2009 by Dennis W. Montoya, personally known to me.

_/s/ Julie A. Schobey_
NOTARY PUBLIC

OFFICIAL SEAL
Julie A. Schobey
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 05-21-10