# LAW OFFICE OF MICHAEL DICKMAN

701 West Manhattan Avenue
Santa Fe, New Mexico 87501
(505) 989-9360

MAILING ADDRESS:
PO Box 549
Santa Fe, NM 87504
FAX: 992-8170

March 23, 2010

Honorable James O. Browning
United States District Judge
333 Lomas Blvd. NW
Albuquerque, NM 87102

RE:   **Mitchell v. Bd. of County Commrs., et al.**
      **No. 05-CV-1155 JB/LAM**

Dear Judge Browning:

   I am writing to inform the Court that today I have filed an entry of appearance in the above-referenced action on behalf of Defendants Dennis O'Brien and Board of County Commissioners of Santa Fe County (Doc. 48), and a motion to set aside the judgment (Doc. 49). Thank you.

Sincerely,

MICHAEL DICKMAN
Attorney at Law


cc:   Dennis W. Montoya, Esq.
      Stephen C. Ross, Esq., Santa Fe County Attorney
      Dennis O'Brien